IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 404-252-03 |
| | * | |
| ROMANO EDWARD SIMMONS | * | |

**O R D E R**

This matter comes before the Court on the Government's motion to authorize payment from the Inmate Trust Account of Defendant Romano Edward Simmons. The Court, having read and considered the Government's motion and the balance of the record, hereby **ORDERS**:

1. The United States' Motion to Authorize Payment From Inmate Trust Account (doc. 294) is **GRANTED**;

2. Judgment is entered in favor of the United States of America and against the Defendant, who currently maintains an outstanding criminal monetary penalty of $8,764.32;

3. The Federal Bureau of Prisons shall remit, within fifteen days of this Order, payment in the amount of $5,700.00, to the Clerk of Court to partially satisfy the Defendant's penalty.

The Clerk of Court shall coordinate as needed with the United States Attorney's Office, Southern District of Georgia, Financial Litigation Unit, to apply the funds in the manner directed in this Order.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of August, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA