# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Savannah Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 JAN 23  PM 4: 33
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:04CR00252-3 |
| Romano Edward Simmons ) | USM No: 12090-021 |
| ) | James D. Kreyenbuhl |
| Date of Original Judgment: February 22, 2005 ) | Defendant's Attorney |
| Date of Previous Amended Judgment: March 29, 2005 ) | |

*(Use Date of Last Amended Judgment, if any)*

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **230** months **is reduced to** Time Served.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated **March 29, 2005** shall remain in effect.

**IT IS SO ORDERED.**

Order Date: January 23, 2019

Judge's signature

J. Randal Hall, Chief Judge
United States District Court
Southern District of Georgia
*Printed name and title*

Effective Date: _____
*(if different from order date)*